IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SIABO JOHNSON
#A 071798761,

   Petitioner,

  v.

LORETTA LYNCH
ATTORNEY GENERAL, et al.,

   Respondent.

CIVIL ACTION FILE
NO. 1:16-CV-304-TWT

**ORDER**

    This is a pro se habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 4] of the Magistrate Judge recommending granting the Respondent's Motion to Dismiss [Doc. 3]. The case is moot. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Respondent's Motion to Dismiss [Doc. 3] is GRANTED.

    SO ORDERED, this 25 day of May, 2016.

    /s/Thomas W. Thrash
    THOMAS W. THRASH, JR.
    United States District Judge

T:\ORDERS\16\Johnson\16cv304\r&r.wpd